**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ANGELA CANTU, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-CV-01505-D |
| | § | |
| TRUIST BANK and TRANS UNION LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S**
**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Trans Union LLC ("Trans Union") respectfully moves this Court to dismiss Plaintiff's Claims, with prejudice. Trans Union contemporaneously files its Brief in Support of the Motion and incorporates it herein by reference for all purposes.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court grant its Motion for Judgment on the Pleadings and dismiss Plaintiff's Claims, with prejudice, and for other such relief as the Court deems necessary.

Respectfully submitted,

*/s/ Samin Agha*

Samin Agha
Texas Bar No. 24110989
sagha@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5443
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J. Ciment
Daniel@CimentLawFirm.com
Ciment Law Firm, PLLC
221 Bella Katy Dr.
Katy, TX 77494
(833) 663-3289
*and*
James A. Foley
James@Cimentlawfirm.com
James Foley PLLC
4116 West Vickery Blvd.
Fort Worth, TX 76107
(817) 738-1633
***Counsel for Plaintiff***

Catherine Elizabeth Gaither
kgaither@johnstonclem.com
Phillip Blaine Grant
bgrant@johnstonclem.com
Johnston Clem Gifford PLLC
2000 McKinney Avenue
Suite 2050
Dallas, TX 75201
(214) 974-8000
***Counsel for Truist Bank***

*/s/ Samin Agha*
**SAMIN AGHA**