**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**ANGELA BROWN CANTU** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:25-cv-01505-D**

**TRUIST BANK and**
**TRANS UNION, LLC** **DEFENDANTS**

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TRANS UNION, LLC'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TRANS UNION, LLC'S MOTION TO STAY ACTION PENDING RULING ON ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Plaintiff Angela Brown Cantu, by counsel, and requests an extension of Plaintiff's deadline to respond to Defendant Trans Union, LLC's (hereinafter "Trans Union") Motion for Partial Judgment on the Pleadings [Doc. 25] and Trans Union's Motion to Stay Action Pending Ruling on its Motion for Judgment on the Pleadings [Doc. 27], and, in support thereof, states as follows:

1. Trans Union filed a Motion for Partial Judgment on the Pleadings [Doc. 25] on March 11, 2026. Simultaneously therewith, Trans Union filed a Motion to Stay Action Pending Ruling on its Motion for Judgment on the Pleadings. [Doc. 27].

2. Plaintiff's deadline to respond to both motions is March 25, 2026.

3. Due to prior scheduling and time commitments of Plaintiff's counsel, the Plaintiff requires additional time to prepare her response to Trans Union's motions.

4. The Plaintiff therefore request an additional seven days to respond to Trans Union's motions.

5. This request is not made for the purpose of delay and will not prejudice the Defendants.

6. Plaintiff's counsel contacted counsel for Trans Union, who indicated that Trans Union does not object to the relief requested herein.

FOR THESE REASONS, the Plaintiff requests that the Court grant a seven day extension of the Plaintiff's deadline to respond to Trans Union's Motion for Partial Judgment on the Pleadings and Trans Union's Motion to Stay Action Pending Ruling on its Motion for Judgment on the Pleadings, which, if granted, would make April 1, 2026 the Plaintiff's deadline to respond.

RESPECTFULLY SUBMITTED, THIS, the 23rd day of March, 2026.

*/s/ Daniel J. Ciment*
DANIEL J. CIMENT, TX Bar No. 24042581
Ciment Law Firm PLLC
4500 Mercantile Plaza Drive, Suite 300
Fort Worth, TX 76137
daniel@cimentlawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Daniel J. Ciment, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

THIS, the 23rd day of March, 2026.

*/s/ Daniel J. Ciment*
DANIEL J. CIMENT