**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**ANGELA BROWN CANTU** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:25-cv-01505-D**

**TRUIST BANK and
TRANS UNION, LLC** **DEFENDANTS**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF
TRANS UNION, LLC**

Plaintiff Angela Brown Cantu ("Plaintiff") and Defendant Trans Union, LLC hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41, to a dismissal with prejudice of Plaintiff's claims against Trans Union, LLC, with Plaintiff and Trans Union to bear their own fees, costs and expenses .

Respectfully submitted this 1st day of May, 2026.

*<u>/s/ Christopher E. Kittell</u>*
CHRISTOPHER E. KITTELL
Kittell Law Firm, LLC
P.O. Box 568
283 Losher Street, Suite B
Hernando, MS 38632
ckittell@kittell-law.com

DANIEL J. CIMENT, TX Bar No. 24042581
Ciment Law Firm PLLC
4500 Mercantile Plaza Drive, Suite 300
Fort Worth, TX 76137
daniel@cimentlawfirm.com
*Counsel for Plaintiff*

*<u>/s/ Samin Agha</u>*
SAMIN AGHA
Quilling, Selander, Lownds, Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024
sagha@qslwm.com
*Counsel for Trans Union*

CERTIFICATE OF SERVICE

I, Christopher E. Kittell, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

THIS, the 1st day of May, 2026.

*/s/ Christopher E. Kittell*
CHRISTOPHER E. KITTELL