**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ANGELA BROWN CANTU** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:25-cv-01505-D** |
| **TRUIST BANK and TRANS UNION, LLC** | **DEFENDANTS** |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.12 of the United States District Court for the Northern District of Texas, Christopher E. Kittell of Kittell Law Firm and Daniel Ciment of Ciment Law Firm PLLC (collectively, "Counsel"), respectfully move this Court for leave to withdraw as counsel of record for Plaintiff Angela Cantu, and in support state as follows:

1. On June 12, 2025, Plaintiff Angela Cantu filed this matter against Truist Bank and Trans Union, LLC. Doc. 1. Christopher A. Kittell was admitted to appear pro hac vice in this matter on March 27, 2026 (Doc. 32), and Daniel Ciment has served as local counsel for Plaintiff since July 31, 2025 (Doc. 13). Trans Union was dismissed from this matter on May 1, 2026. Doc. 33.

2. Plaintiff Angela Cantu has requested that Counsel withdraw from further representation of her in this matter. Counsel and Plaintiff have determined that withdrawal is in Plaintiff's best interest, and continued representation is no longer feasible in light of the client's directive. See Tex. Disciplinary R. Prof'l Conduct 1.16(a)(3) (requiring withdrawal upon the client's discharge).

3. Plaintiff has been fully advised of the consequences of Counsel's withdrawal, including any pending deadlines, hearings, and her responsibility to comply with all orders of this Court whether she proceeds with new counsel or *pro se*.

4. As of the date of this Motion, the identity of any succeeding attorney is not known to Counsel. Accordingly, and in compliance with Local Civil Rule 83.12(a), Counsel provides the following contact information for Plaintiff:

Angela Cantu
11700 Preston Rd 660-138
Dallas, TX 75230
Telephone: (631) 882-5668
Email: angelacantu3103@gmail.com

5. Plaintiff Angela Cantu has approved this withdrawal, as reflected by her signature on the Consent to Withdrawal attached as Exhibit "A" hereto.

6. Pursuant to Local Civil Rule 7.1(b), the undersigned certifies that on July 9, 2026, Christopher E. Kittell conferred with Catherine Gaither, counsel for Defendant Truist Bank, regarding the relief requested in this Motion. Opposing counsel stated that Defendant Truist Bank does not oppose the relief requested.

7. The requested withdrawal will not cause undue delay or prejudice to any party.

WHEREFORE, Christopher E. Kittell and Daniel Ciment respectfully request that this Court enter an Order (1) granting this Motion; (2) permitting the withdrawal of Christopher E. Kittell and Daniel Ciment as counsel of record for Plaintiff Angela Cantu; (3) directing the Clerk to update the docket and remove undersigned Counsel from all service lists, including CM/ECF notifications, in this action; and (4) granting such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 16th day of July, 2026.

*<u>/s/ Christopher E. Kittell</u>*
CHRISTOPHER E. KITTELL
Kittell Law Firm, LLC
P.O. Box 568
283 Losher Street, Suite B
Hernando, MS 38632
ckittell@kittell-law.com
*Counsel for Plaintiff*

DANIEL J. CIMENT, TX Bar No. 24042581
Ciment Law Firm PLLC
4500 Mercantile Plaza Drive, Suite 300
Fort Worth, TX 76137
daniel@cimentlawfirm.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I, Christopher E. Kittell, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

THIS, the 16th day of July, 2026.

*/s/ Christopher E. Kittell*
CHRISTOPHER E. KITTELL